2:25-cv-002-JRS-MJD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

UNITED STATES OF AMERICA

VS.

LEN DAVIS

CRIMINAL DOCKET
NO. 94-CR-381

**EMERGENCY MOTION FOR INJUNCTIVE RELIEF FROM COMMUTATION ORDER BY AMERICAN PRESIDENT JOSEPH BIDEN, REVERSING PRISONER LEN DAVIS DEATH SENTENCE TO LIFE IN PRISON; AND REQUEST TO HAVE CO-COUNSEL APPOINTED TO ASSIST PRISONER LEN DAVIS IN THIS MATTER**

**FILED 12/30/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

COMES NOW DEATHROW PRISONER LEN DAVIS WHO IS PRESENTLY BEING HELD AT FEDERAL PENITENTIARY IN TERRE HAUTE, INDIANA, WHO STATES THE FOLLOWING:

1.) I WAS INDICTED IN 1994 AND SUPERCEDED INDICTED IN 1995 IN THE EASTERN DISTRICT OF LOUISIANA FOR 18 U.S.C 241 CONSPIRACY AGAINST RIGHTS; 18 U.S.C 242 DEPRIVATION AGAINST RIGHTS

(1)

(2)

WHILE ACTING UNDER THE COLOR OF LAW; AND 18 U.S.C. 1512 TAMPERING WITH A WITNESS, VICTIM OR INFORMANT.

2.) IN 1996 I WAS CONVICTED AND SENTENCED TO DEATH BY LETHAL INJECTION ON ALL COUNTS ALONG WITH TWO CO-DEFENDANTS. ONE OF WHOM WAS SENTENCED TO LIFE AND ANOTHER WHO WAS SENTENCED TO DEATH BUT IS PRESENTLY SERVING A LIFE SENTENCE AFTER REVERSAL OF SENTENCE.

3.) IN 1999 CONVICTION FOR 18:U.S.C 1512 WAS OVERTURNED AND DISMISSED BY FIFTH CIRCUIT COURT OF APPEALS ALONG WITH DEATH SENTENCE. COURT RULED 2 TO 1 NOT TO REVERSE CONVICTIONS ON 18 U.S.C 241 AND 18 U.S.C 242.

4.) IN 2005 PRISONER DAVIS WAS RE-TRIED AND RE-SENTENCED TO DEATH BY LETHAL INJECTION.

5.) PRISONER DAVIS HAS ALWAYS MAINTAINED HIS INNOCENCE AND ARGUED THAT FEDERAL COURT HAD NO JURISDICTION TO TRY HIM FOR CIVIL RIGHTS OFFENSES.

6.) PRISONER DAVIS HAS ALWAYS MAINTAINED THAT HAVING A DEATH SENTENCE WOULD DRAW ATTENTION

(3)

TO THE OVERWHELMING MISCONDUCT BY DEPARTMENT OF "JUSTICE" IN HIS CASE.

7.) ON DECEMBER 23, 2024 PRISONER DAVIS LEARNED THAT UNITED STATES PRESIDENT WAS FORCING A UNCONSTITUTIONAL LIFE SENTENCE ON HIM VIA A COMMUTATION ORDER.

8.) PRISONER DAVIS DID NOT REQUEST ANY COMMUTATION NOR DOES HE ACCEPT ANY COMMUTATION.

9.) PRISONER DAVIS SUBMITS THAT THEIR ARE A HOST OF CONSTITUTIONAL VIOLATIONS ASSOCIATED WITH THE EXECUTIVE BRANCH ATTEMPT TO SENTENCE PRISONER DAVIS TO LIFE SENTENCE WITHOUT HIM AGREEING TO COMMUTATION. (All TO BE DISCUSSED IN FUTURE FILINGS).

10.) PRISONER DAVIS HAS REFUSED TO SIGN DOCUMENT PRESENTED TO HIM TODAY, ACKNOWLEDGING HIS ACCEPTANCE OF COMMUTATION. IT IS UNKNOWN FOR SURE IF THIS WILL MAKE THIS REQUEST MOOT. OF COURSE COURT WILL IMMEDIATELY BE NOTIFIED IF SOMETHING CHANGES. THIS MOTION IS FILED IN AN ABUNDANCE OF CAUTION.

(3)

(4)

FOR NOW DEFENDANT REQUEST THE FOLLOWING FROM THIS COURT OF JURISDICTION:

1.) EMERGENCY INJUNCTIVE RELIEF PREVENTING BUREAU OF PRISONS FROM ACTING ON PRESIDENT JOSEPH BIDEN'S CONDITIONED COMMUTATION ORDER.

2.) APPOINTMENT OF CO-COUNSEL TO ASSIST DEFENDANT, WITH WHAT IS SURE TO BE A VERY COMPLEX ARGUMENT.

3.) TO KEEP DEFENDANTS DEATH SENTENCE IN PLACE.

DEFENDANT ADVISES COURT THAT WE HAVE VIDEO CONFERENCING FACILITIES HERE ON DEATHROW. AND ALSO CAN RECEIVE LEGAL PHONE CALLS FROM COURT. DEFENDANT SUBMITS THAT ARGUMENTS MADE IN THIS REQUEST ARE SOLELY FOR THE PURPOSES OF PROVING THE PRESIDENT'S ATTEMPT TO COMMUTE DEFENDANTS SENTENCE WITHOUT DEFENDANTS AGREEING IS CLEARLY FILLED WITH CONSTITUTIONAL PROBLEMS. DEFENDANT ARGUES THAT THIS COURT HAS SOLE JURISDICTION OVER THIS EXECUTIVE BRANCH DECISION →

(4)



(5)

TO HAVE DEFENDANT REMOVED FROM DEATHROW WHICH IS LOCATED IN THE STATE OF INDIANA.

FOR THESE REASONS AND MORE DEFENDANT THANKS COURT FOR IT'S PROMPT ATTENTION TO THIS FAST MOVING CONSTITUTIONAL CONUNDRUM. THE CASE LAW ON THIS ISSUE IS QUITE MURKY.

RESPECTFULLY SUBMITTED
BY Len
LEN DAVIS
12-23-24

NAME: MR LEW MAZE
NUMBER: 24325034
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

ATTN: COURT,
EMERGENCY
INJUNCTIVE
REQUEST

UNITED STATES DISTRICT COURT
CLERKS OFFICE ROOM US CLERK'S OFFICE
921 OHIO STREET
TERRE HAUTE, INDIANA 47807 "LEGAL MAIL"

FILED
DEC 30 2024

26 DEC 2024 PM

47807-373829