UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE, DIVISION

U.S.A                                    CRIMINAL DOCKET
VS.                                      NO. 94-CR-381
LEN DAVIS


TO: U.S. DISTRICT COURT CLERK OF TERRE HAUTE DIVISION

FROM: LEN DAVIS FEDERAL DEATHROW PRISONER

RE: ORIGINAL MOTION FOR INJUNCTIVE RELIEF AGAINST U.S. PRESIDENT JOSEPH BIDEN'S COMMUTATION ORDER THAT LEFT MY CELL ON 12-23-24 AND WAS DOCUMENTED AS LEGAL MAIL BY STAFF THAT SAME DATE.

PLEASE BE ADVISED THAT I WRITE THIS LETTER ALONG WITH ANOTHER MOTION I'M SENDING IN AN ABUNDANCE OF CAUTION.
ON 12-23-24 I SENT OUT A MOTION FOR INJUNCTIVE RELIEF FROM MY PRISON CELL HERE AT U.S.P. TERRE HAUTE. AS OF 12-30-24 SAID MOTION WAS NOT DOCKETED. DUE TO THE SPEED IN WHICH PARDON ATTORNEY ELIZABETH OYER HAS BEEN MOVING I NEED TO BE SURE THAT

MY ORIGINAL MOTION WAS NOT LOST IN MAIL. IF MY ORIGINAL MOTION IS DOCKETED BY TIME YOU RECEIVE THIS CORRESPONDENCE PLEASE IGNORE THIS CORRESPONDENCE. ALSO, BE ADVISED YOU MAY RECEIVE A THIRD COPY OF MY MOTION WITH A TRACKING NUMBER.

THANK YOU FOR YOUR PROMPT ATTENTION

Len Davis
01-01-25

MR. LEN DAVIS 24325034
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

②